**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

    vs.                                    **CASE NO. 8:01-cr-62-T-24EAJ**

**HERSCHEL LAVON ROBINSON**

**ORDER**

This matter is before the Court on Defendant Herschel Robinson's Pro-se Motion To Correct a Clerical Error. (Doc.163). The motion is **DENIED.** The Court sentenced the Defendant to 160 months incarceration on June 27, 2002. The intent of the Court was to sentence the Defendant to 160 months. The Court did discuss sentencing the Defendant to thirteen years when in fact the Court's sentence was thirteen years, four months. However when the Court imposed sentence, the sentence was 160 months. "I will then Order that you be sentenced to the Bureau of Prisons for 160 months." (Transcript of Sentencing, Page 19, Lines 8 and 9). The Amended Judgment entered by the Court on June 27, 2002 properly states the sentence that was imposed-- 160 months.

Done and ordered in Tampa, Florida this 25th day of November, 2005.

                                                                            *Susan C. Bucklew*
                                                                      SUSAN C. BUCKLEW
                                                                      United States District Judge

CC. Herschel Lavon Robinson